

# Fourth Court of Appeals
## San Antonio, Texas

September 3, 2025

No. 04-25-00357-CV

**SUPERIUM COFFEE WAREHOUSE, LLC**,
Appellant

v.

**AB LENDING SPV I, LLC**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2025-CI-08854
Honorable Nadine Melissa Nieto, Judge Presiding

**ORDER**

Sitting:    Rebeca C. Martinez, Chief Justice
H. Todd McCray, Justice
Velia J. Meza, Justice

In accordance with this court's opinion of this date, this interlocutory appeal is DISMISSED WITHOUT PREJUDICE. All other relief is DENIED. We order that costs be assessed against Appellant.

It is so **ORDERED** on September 3, 2025.

_H. Todd McCray_
H. Todd McCray, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of September, 2025.

_Caitlin A. McCamish_
Caitlin A. McCamish, Clerk of Court